1
2
3
4
5
6
7

UNITED STATED DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| B.H., a minor by and through his Parent, Rachel Chapman,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; ADRIAN KROSNICK, individually and in his capacity as Plaintiff's former Speech Language Pathologist; DOES I-X, and ROE CORPORATION I-X, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-01053-MMD-NJK<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL** |

Defendant, ADRIAN KROSNICK hereby substitutes Lisa J. Zastrow, Esq. of GARIN LAW GROUP as attorney of record in place and stead of Nicholas M. Wooldridge, Esq. of the law firm of WOOLDRIDGE LAW LTD.

DATED: 9/30/2025

_____
ID UNPfyFh86qTEmwaY57Qswdv2
ADRIAN KROSNICK

Page 1

I consent to the above substitution.

DATED: September 30, 2025

                WOOLDRIDGE LAW LTD.

By: /s/ Nicholas M. Wooldridge
NICHOLAS M. WOOLDRIDGE, ESQ.
Nevada Bar No. 8732
300 S. 4th Street, Suite 950
Las Vegas, Nevada 89101

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: September 30, 2025

                GARIN LAW GROUP

By: /s/ Lisa J. Zastrow
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144

Please check one: _x_ RETAINED, or ___ APPOINTED BY THE COURT

                APPROVED:

**IT IS SO ORDERED**
Dated: October 2, 2025

_____
Nancy J. Koppe
United States Magistrate Judge